PER CURIAM.
Affirmed. Wasden v. Seaboard Coast Line R.R., 474 So.2d 825, 830 (Fla. 2d DCA 1985), rev. denied, 484 So.2d 9 (Fla.1986); Sears Roebuck & Co. v. Jackson, 433 So.2d 1319, 1321 (Fla. 3d DCA 1983); Walt Disney World Co. v. Merritt, 404 So.2d 1077, 1078 (Fla. 5th DCA 1981); Cameron v. Sconiers, 393 So.2d 11, 12 (Fla. 5th DCA 1980); Miami Coin-O-Wash, Inc. v. McGough, 195 So.2d 227, 229 (Fla. 3d DCA 1967).